**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Greici NAVAS ROZO,

               Petitioner,

     v.

Julio HERNANDEZ et al.,

               Respondents.

Case No. 2:26-cv-00692-JHC

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPLY FOR ATTORNEYS' FEES**

Before the Court is Petitioner's Unopposed Motion for Extension of Time to Apply for Attorneys' Fees.  Dkt. # 11.  Finding good cause for an extension, the Court GRANTS Petitioner's unopposed motion.  Petitioner shall file any motion for attorney's fees on or before June 15, 2026.

Dated this 2nd day of April, 2026.

John H. Chun
United States District Judge

ORDER GRANTING MOT. FOR EXT. OF TIME
TO APPLY FOR ATTY'S' FEES - 1
Case No. 2:26-cv-00692-JHC